**UNITED STATES BANKRUPTCY COURT**
NORTERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIETRUSZKA, KEITH L | § | Case No. 10-33675 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2012 in Courtroom 642,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                                       Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIETRUSZKA, KEITH L | § | Case No. 10-33675 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 76,502.44 |
| and approved disbursements of | $ | 15,292.17 |
| leaving a balance on hand of[1] | $ | 61,210.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 6,325.12 | $ 0.00 | $ 6,325.12 |
| Trustee Expenses: Phillip D. Levey | $ 56.17 | $ 0.00 | $ 56.17 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 12,690.00 | $ 0.00 | $ 12,690.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 19,071.29 |
| Remaining Balance | $ 42,138.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,850.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bielinski Dermatology Group | $ 347.13 | $ 0.00 | $ 287.66 |
| 000002 | Capital One Bank (USA), N.A. | $ 3,179.70 | $ 0.00 | $ 2,634.98 |
| 000003 | Chase Bank USA, N.A. | $ 17,300.05 | $ 0.00 | $ 14,336.38 |
| 000004 | C/O SALLIE MAE, Inc. | $ 5,188.62 | $ 0.00 | $ 4,299.76 |
| 000005 | Motherway & Napelton | $ 24,328.65 | $ 0.00 | $ 20,160.90 |
| 000006 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 505.98 | $ 0.00 | $ 419.30 |
| | Total to be paid to timely general unsecured creditors | | $ | 42,138.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 82,332.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Advocate Christ Hospital | $ 66,423.00 | $ 0.00 | $ 0.00 |
| 000008 | Advocate Christ Hospital | $ 15,909.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                             Case No. 10-33675-TAB
Keith L Pietruszka                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: adragonet          Page 1 of 3           Date Rcvd: Oct 22, 2012
                             Form ID: pdf006          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2012.
db          #Keith L Pietruszka,   8901 S. Roberts Road,   Apt. 210,   Hickory Hills, IL 60457-1563
15916801    +Advocate Christ Hospital,   James T. Gately, Attorney at Law,   8233 W. 185th Street,
              Tinley Park, IL 60487-9220
15916802    +Advocate Christ Medical Center,   4440 West 95th Stret,   Oak Lawn, IL 60453-2600
15916803    +Advocate Home Care Products-BV,   10055 South 76th Avenue,   Bridgeview, IL 60455-2443
15916804     Bielinski Dermatology Group,   16105 LaGrange Road,   Orland Park, IL 60467-5503
15916805    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
16226518     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
              Oklahoma City, OK 73124-8839
15916806    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16227215     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15916808     Christ Medical Center,   P.O. Box 70508,   Chicago, IL 60673-0508
17115764    +Christ Medical Group,   c/o James T. Gately,   8233 W. 185th Street,   Tinley Park, IL 60487-9220
15916810    +Dr. Anna Kiernicki-Sklar MD,   4400 W. 95th Street,   Oak Lawn, IL 60453-2654
15916811    +Dr. James Doherty,   4400 W. 95th Street,   Oak Lawn, IL 60453-2654
15916812    +Dr. Neerukonda Prasad MD,   4400 W. 95th Street,   Oak Lawn, IL 60453-2654
15916813    +Dr. William Baylis DO MD,   7600 West College Drive,   Palos Heights, IL 60463-1066
16544366    +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
15916814    +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
15916817     ICS Collection Service,   P.O. Box 1010,   Tinley Park, IL 60477-9110
15916818    +Ill Coll Svc (Original Creditor:04,   3101 West 95th Str,   Evergreen Park, IL 60805-2407
15916820    +Michael D. Fine, Attorney,   131 S. Dearborn Street,   Floor 5,   Chicago, IL 60603-5571
15916821    +Midwest Anesthesiologists Ltd.,   185 Penny Avenue,   Dundee, IL 60118-1454
15916822     Midwest Diagnostic Pathology, SC,   75 Remittance Drive,   Suite 3070,   Chicago, IL 60675-3070
16272742    +Motherway & Napelton,   100 W. Monroe,   Suite 200,   Chicago, IL 60603-1975
15916823     Oak Lawn Radiology Imaging Consult,   37241 Eagle Way,   Chicago, IL 60678-1372
15916824    +Orland Fire Protection,   P.O. Box 457,   Wheeling, IL 60090-0457
15916825    +Palos Coummunity Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
15916826     Rehabilitation Institute of Chicago,   6084 Eagle Way,   Chicago, IL 60678-1060
15916828    +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15916829     Trustmark Recovery Services,   541 Otis Bowen CDrive,   Munster, IN 46321
15916831    +Wfnnb/Expstr,   Po Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16302177    +E-mail/PDF: pa_dc_claims@salliemae.com Oct 23 2012 02:47:28     C/O SALLIE MAE, Inc.,
              220 LASLEY AVE.,   WILKES BARRE, PA 18706-1496
15916809    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2012 02:22:13     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
15916815    +E-mail/Text: Bankruptcy@icsystem.com Oct 23 2012 02:39:21     I C System (Original Creditor:Medic,
              Po Box 64378,   Saint Paul, MN 55164-0378
15916816    +E-mail/Text: Bankruptcy@icsystem.com Oct 23 2012 02:39:21     I C System Inc (Original Creditor:B,
              Po Box 64378,   Saint Paul, MN 55164-0378
15916819    +Fax: 847-227-2151 Oct 23 2012 05:44:37     Medical Recovery Specialists, Inc.,
              2250 E. Devon Avenue,   Suite 352,   Des Plaines, IL 60018-4519
15916827    +E-mail/PDF: pa_dc_claims@salliemae.com Oct 23 2012 02:43:24     Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15916807*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15916830     ##Wfnnb/Exp,   Po Box 330066,   Northglenn, CO 80233-8066
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: adragonet            Page 2 of 3              Date Rcvd: Oct 22, 2012
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 3 of 3               Date Rcvd: Oct 22, 2012
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2012 at the address(es) listed below:
        Marc S Shuger    on behalf of Debtor Keith Pietruszka marcshuger@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey    levey47@hotmail.com, plevey@ecf.epiqsystems.com
        William J Connelly    on behalf of Creditor  Dunnet Bay Construction Company wconnelly@hinshawlaw.com

        TOTAL: 4