UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PIETRUSZKA, KEITH L § Case No. 10-33675
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Keith L. Pietruszka |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Hospital Medical Center 4440 West 95th Street Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Hospital Medical Center 4440 West 95th Street Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 West 95th Stret Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 West 95th Stret Oak Lawn, IL 60453 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Home Care Products-BV 10055 South 76th Avenue Bridgeview, IL 60455 | | | | | |
| | Advocate Home Care Products-BV 10055 South 76th Avenue Bridgeview, IL 60455 | | | | | |
| | Bielinski Dermatology Group 16105 LaGrange Road Orland Park, IL 60467-5503 | | | | | |
| | Bielinski Dermatology Group 16105 LaGrange Road Orland Park, IL 60467-5503 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Christ Medical Center P.O. Box 70508 Chicago, IL 60673-0508 | | | | | |
| | Christ Medical Center P.O. Box 70508 Chicago, IL 60673-0508 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dr. Anna Kiernicki-Sklar MD 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Dr. Anna Kiernicki-Sklar MD 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Dr. James Doherty 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. James Doherty 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Dr. Neerukonda Prasad MD 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Dr. Neerukonda Prasad MD 4400 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Dr. William Baylis DO MD 7600 West College Drive Palos Heights, IL 60463 | | | | | |
| | Dr. William Baylis DO MD 7600 West College Drive Palos Heights, IL 60463 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | I C System (Original Creditor:Medic Po Box 64378 Saint Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I C System (Original Creditor:Medic Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | I C System Inc (Original Creditor:B Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | I C System Inc (Original Creditor:B Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | ICS Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | ICS Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Ill Coll Svc (Original Creditor:04 3101 West 95th Str Evergreen Park, IL 60805 | | | | | |
| | Ill Coll Svc (Original Creditor:04 3101 West 95th Str Evergreen Park, IL 60805 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018 | | | | | |
| | Michael D. Fine, Attorney 131 S. Dearborn Street Floor 5 Chicago, IL 60603 | | | | | |
| | Michael D. Fine, Attorney 131 S. Dearborn Street Floor 5 Chicago, IL 60603 | | | | | |
| | Midwest Anesthesiologists Ltd. 185 Penny Avenue Dundee, IL 60118 | | | | | |
| | Midwest Anesthesiologists Ltd. 185 Penny Avenue Dundee, IL 60118 | | | | | |
| | Midwest Diagnostic Pathology, SC 75 Remittance Drive Suite 3070 Chicago, IL 60675-3070 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology, SC 75 Remittance Drive Suite 3070 Chicago, IL 60675-3070 | | | | | |
| | Motherway & Napelton 100 W. Monroe Suite 200 Chicago, IL 60603 | | | | | |
| | Oak Lawn Radiology Imaging Consult 37241 Eagle Way Chicago, IL 60678-1372 | | | | | |
| | Oak Lawn Radiology Imaging Consult 37241 Eagle Way Chicago, IL 60678-1372 | | | | | |
| | Orland Fire Protection P.O. Box 457 Wheeling, IL 60090 | | | | | |
| | Orland Fire Protection P.O. Box 457 Wheeling, IL 60090 | | | | | |
| | Palos Coummunity Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | | | | |
| | Palos Coummunity Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rehabilitation Institute of Chicago 6084 Eagle Way Chicago, IL 60678-1060 | | | | | |
| | Rehabilitation Institute of Chicago 6084 Eagle Way Chicago, IL 60678-1060 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Trustmark Recovery Services 541 Otis Bowen CDrive Munster, IN 46321 | | | | | |
| | Trustmark Recovery Services 541 Otis Bowen CDrive Munster, IN 46321 | | | | | |
| | Wfnnb/Exp Po Box 330066 Northglenn, CO 80233-8066 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/Exp Po Box 330066  Northglenn, CO 80233-8066 | | | | | |
| | Wfnnb/Expstr Po Box 182789  Columbus, OH 43218 | | | | | |
| | Wfnnb/Expstr Po Box 182789  Columbus, OH 43218 | | | | | |
| 000001 | BIELINSKI DERMATOLOGY GROUP | | | | | |
| 000004 | C/O SALLIE MAE, INC. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000005 | MOTHERWAY & NAPELTON | | | | | |
| 000007 | ADVOCATE CHRIST HOSPITAL | | | | | |
| 000008 | ADVOCATE CHRIST HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 10-33675 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PIETRUSZKA, KEITH L | | | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | | | | 341(a) Meeting Date: | 09/10/10 |
| For Period Ending: | 01/11/13 | | | Claims Bar Date: | 12/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account-Chase | 20.00 | 20.00 | | 0.00 | FA |
| 2. checking account-TCF Bank | 1,000.00 | 1,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. Miscellaneous used furniture and household goods | 500.00 | 500.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. Necessary wearing apparel | 250.00 | 250.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. Personal Injury Action-Motorcycle Accident | Unknown | 0.00 | | 76,500.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. 1998 Ford Ranger (100,000 miles) | 1,550.00 | 1,550.00 | | 0.00 | FA |
| 7. 1998 Suzuki TL-1000R motorcycle does not run. 25,0 | 500.00 | 500.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.44 | Unknown |
| TOTALS (Excluding Unknown Values) | $3,820.00 | $3,820.00 | | $76,502.44 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-33675 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PIETRUSZKA, KEITH L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2820 Checking |
| Taxpayer ID No: | *******8355 | | |
| For Period Ending: | 01/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 61,210.27 | | 61,210.27 |
| 11/27/12 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 6,325.12 | 54,885.15 |
| 11/27/12 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 56.17 | 54,828.98 |
| 11/27/12 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 12,690.00 | 42,138.98 |
| 11/27/12 | 010004 | Bielinski Dermatology Group<br>16105 LaGrange Road<br>Orland Park, IL 60467-5503 | Claim 000001, Payment 82.86809% | 7100-000 | | 287.66 | 41,851.32 |
| 11/27/12 | 010005 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000002, Payment 82.86882% | 7100-000 | | 2,634.98 | 39,216.34 |
| 11/27/12 | 010006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 82.86901% | 7100-000 | | 14,336.38 | 24,879.96 |
| 11/27/12 | 010007 | C/O SALLIE MAE, Inc.<br>220 LASLEY AVE.<br>WILKES BARRE, PA 18706 | Claim 000004, Payment 82.86905% | 7100-000 | | 4,299.76 | 20,580.20 |
| 11/27/12 | 010008 | Motherway & Napelton<br>100 W. Monroe<br>Suite 200<br>Chicago, IL 60603 | Claim 000005, Payment 82.86896% | 7100-000 | | 20,160.90 | 419.30 |
| 11/27/12 | 010009 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000006, Payment 82.86889% | 7100-000 | | 419.30 | 0.00 |
| | | | Page Subtotals | | 61,210.27 | 61,210.27 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-33675 -TB | |
| Case Name: | PIETRUSZKA, KEITH L | |
| Taxpayer ID No: | *******8355 | |
| For Period Ending: | 01/11/13 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2820  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 61,210.27 | 61,210.27 | 0.00 |
| Less:  Bank Transfers/CD's | 61,210.27 | 0.00 | |
| Subtotal | 0.00 | 61,210.27 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 61,210.27 | |

Page Subtotals        0.00        0.00

Ver: 17.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33675 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PIETRUSZKA, KEITH L | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6163 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8355 | | |
| For Period Ending: | 01/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/12 | 5 | Bolinger, Lach & Associates, Inc.<br>333 Pierce Rd.- Suite 200<br>Itasca, IL 60143 | SETTLEMENT | 1142-000 | 5,000.00 | | 5,000.00 |
| 04/08/12 | 5 | Colony Insurance Company<br>Richmond, VA | SETTLEMENT | 1142-000 | 71,500.00 | | 76,500.00 |
| 04/25/12 | 000101 | Keith L. Pietruszka<br>9104 South 55th Court<br>Oak Lawn, IL 60453 | Exemption - Personal Injury Action<br>Keith L. Pietruszka v. Village of Orland Park, et al. | 8100-000 | | 15,000.00 | 61,500.00 |
| 04/30/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.40 | | 61,500.40 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 59.57 | 61,440.83 |
| 05/31/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.53 | | 61,441.36 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 79.29 | 61,362.07 |
| 06/29/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.50 | | 61,362.57 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 72.93 | 61,289.64 |
| 07/31/12 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.53 | | 61,290.17 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 80.38 | 61,209.79 |
| 08/30/12 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 61,210.27 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 61,210.27 | 0.00 |

Page Subtotals 76,502.44 76,502.44

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-33675 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | PIETRUSZKA, KEITH L | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6163  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8355 | | | |
| For Period Ending: | 01/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 76,502.44 | 76,502.44 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 61,210.27 | |
| | | | Subtotal | | 76,502.44 | 15,292.17 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 76,502.44 | 292.17 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********2820 | 0.00 | 61,210.27 | 0.00 |
| Money Market Account (Interest Earn - ********6163 | 76,502.44 | 292.17 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 76,502.44 | 61,502.44 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*